UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-12192 |
| EDMOND BUDAKH, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

## ORDER REGARDING MOTION OF THE U.S. TRUSTEE TO EXAMINE FEES PAID TO ATTORNEY PURSUANT TO 11 U.S.C. § 329(b)

This matter coming to be heard on the motion of Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee") to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. § 329(b) ; due and sufficient notice having been given; the Court having jurisdiction over the parties and the subject matter of the Motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Motion is granted;
2. Alan M. Jacob shall file his retainer agreement by August 16, 2017;
3. The Court shall conduct a hearing to examine the fees paid to Alan M. Jacob on _August 23_, 2017, at _10_ AM/~~PM~~; and
4. Alan M. Jacob is directed to appear at the hearing.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **09 AUG 2017**

**Prepared by:**
Elizabeth R. Brusa, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, IL 60604
(312) 886-5786

Rev: 20170105_bko